UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                      Case No. 20-cr-0198-bhl

NICHOLAS SCHAETZEL,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon consideration of the United States' Motion for Entry of a Preliminary Order of Forfeiture under Rule 32.2 of the Federal Rules of Criminal Procedure, Defendant Nicholas Schaetzel's entry of a guilty plea as to the one-count Information, and the terms of Defendant Nicholas Schaetzel's plea agreement,

**IT IS HEREBY ORDERED** that the United States' motion for entry of a preliminary order of forfeiture be, and hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that a money judgment of forfeiture in the amount of $422,813.20, be, and hereby is, entered against Defendant Nicholas Schaetzel.

**IT IS FURTHER ORDERED** that the approximately $177,566.32 in United States Currency seized from U.S. Bank account ending in 6229 on or about February 6, 2018, be, and hereby is, **DISMISSED** from the Information filed on October 23, 2020, for the reason set forth in the government's motion.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the Defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin on December 18, 2020.

                                                          s/ Brett H. Ludwig
                                                          BRETT H. LUDWIG
                                                          United States District Judge